[No. 2,684.]

## OLIVER IRWIN *v.* A. P. TOWNE AND SAMUEL H. TOWNE.

ORDER OF SUPREME COURT AS TO NEW TRIAL.—Where the Supreme
Court reverses an order of an inferior Court denying a motion for a new
trial and remands the cause for further proceedings, in accordance with the
opinion given in the case, which opinion does not indicate that the proceed-
ings should be different from the proceedings that would have followed the
granting of the motion for a new trial in the first place, the order of the
Supreme Court places the case, in point of the mere procedure to be fol-
lowed, in the same situation as though the Court below had directed a new
trial.

THE appeal in this case was decided at the October Term,
1871, and is reported in 42 Cal. p. 331. The defendants
applied to the Supreme Court for a modification of the judg-
ment.

The other facts are stated in the opinion.

. By the Court, WALLACE, C. J.:

In reversing the order denying the motion for a new trial
an opinion was filed in which a construction was given to
the descriptive calls in the deed under which the plaintiff
claimed, but the opinion intimated nothing as to what par-
ticular proceedings were to be had on the return of the cause
to the Court below. It concluded as follows: "Order deny-
ing a new trial reversed and cause remanded for further
proceedings in accordance with this opinion." Had the
Court below sustained the motion of the plaintiff for a new
trial, no question could have arisen as to the proceedings to
follow in the cause. Had no appeal been taken from such
an order a new trial must have been the result, unless the
plaintiff had dismissed the action. The order of this Court
reversing the order denying the motion and remanding the
cause for further proceedings in accordance with the opinion
filed, places the case, *in point of the mere procedure to be*

*followed*, in the same situation as though the Court below had itself directed a new trial, for, as we have said, there is nothing to be found in the opinion filed which would indicate that the proceedings to be had should be different from the proceedings in any other case in which an application for a new trial had been allowed.

The application for a modification of the order entered here is denied and the remittitur will issue forthwith.